1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN,, et al., | CASE NO: SACV08-1335 DMG (FFMx) |
|---|---|
| Plaintiffs, | ASSIGNED TO THE HONORABLE JUDGE DOLLY M. GEE |
| vs. | [~~PROPOSED~~] JUDGMENT [45] JS-6 |
| AJK COMMUNICATIONS, a California corporation, | |
| Defendant. | |

This action came on regularly for hearing on March 29, 2010 before the above-entitled Court, the Honorable Dolly M. Gee, United States District Court Judge, on Plaintiffs' Motion for Award of Attorneys' Fees and Costs. Appearances were stated on the record.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that: Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-

1  Management Cooperation Committee, Contract Compliance Fund, Los Angeles
2  Electrical Workers Credit Union, National Electrical Industry Fund, and Administrative
3  Maintenance Fund shall recover from Defendant AJK Communications, a California
4  corporation, the amount of $45,230.50 for attorneys' fees, and the amount of $1,358.73
5  for costs, for a total amount of $46,589.23.

8  DATED:  March 29, 2010          _____
9                                   Dolly M. Gee
                                     UNITED STATES DISTRICT JUDGE
10 CC:FISCAL

2                                                        [Proposed] Judgment